No. 359, Misc.  KUBESH *v.* MICHIGAN.  Supreme Court of Michigan.  Certiorari denied.

No. 161, Misc.  BEST *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.  MR. JUSTICE CLARK took no part in the consideration or decision of this application.  Petitioner *pro se*.  *Solicitor General Perlman, Assistant Attorney General McInerney, Philip R. Monahan* and *Robert G. Maysack* for the United States.

No. 288, Misc.  BAKER, ADMINISTRATRIX, *v.* ATLANTIC COAST LINE RAILROAD Co.  Supreme Court of North Carolina.  Certiorari denied.  MR. JUSTICE REED took no part in the consideration or decision of this application. *Douglas B. Maggs* for petitioner.  *Charles Cook Howell* for respondent.

No. 486, October Term, 1949.  ROBERTSON ROCK BIT Co., INC. ET AL. *v.* HUGHES TOOL Co., 338 U. S. 948.  Second petition for rehearing denied.

No. 12, Original.  UNITED STATES *v.* LOUISIANA, *ante,* p. 899.  The petition for rehearing is denied.  MR. JUSTICE JACKSON and MR. JUSTICE CLARK took no part in the consideration or decision of this application.